# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CANDICE KELSEY, an individual,

              Plaintiff,

      v.

PACIFICA CHRISTIAN HIGH
SCHOOL, a California Corporation,
JOAN CRAWFORD, an individual, and
DOES 1 through 10, inclusive.

              Defendants.

Case No.: CV 19-971-DMG (PJWx)

**ORDER RE JOINT STIPULATION
FOR DISMISSAL OF ACTION [37]**

      The parties' stipulation to dismiss this action is APPROVED. The entire action, including all of Plaintiff Candice Kelsey's claims, as against all Defendants, is hereby dismissed with prejudice.

      IT IS SO ORDERED.

DATED: November 22, 2019

                                      _____
                                DOLLY M. GEE
                                UNITED STATES DISTRICT JUDGE